DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MATIAS BRAVO-NARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-cr-536 LKK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING CASE AND EXCLUDING |
| | ) TIME |
| MATIAS BRAVO-NARES, | ) |
| Defendant. | ) Date:  February 2, 2010 |
| | ) Time:  9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| | ) |

IT IS HEREBY STIPULATED by and between Assistant United

States Attorney Michael D. Anderson, counsel for plaintiff and

Assistant Federal Defender Jeffrey L. Staniels, counsel for

defendant MATIAS BRAVO-NARES, that the above matter be dropped

from this court's calendar for February 2, 2010, at the request

of the defense and be continued until February 17, 2010, for

status conference. This continuance is requested in order to

permit receipt and consideration of a proposed plea agreement

from the government..

IT IS FURTHER STIPULATED that the time from February 2, 2010,

through February 17, 2010, be excluded from computation of time

within which the trial of this matter must be commenced under the

1   Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18

2   U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4

3          **IT IS SO STIPULATED.**

4

5   Date: January 29, 2010              Benjamin B. Wagner
                                        United States Attorney
6

7                                       /S/ Michael D. Anderson
                                        By:  MICHAEL D. ANDERSON
8                                       Assistant United States Attorney
                                        Counsel for Plaintiff
9

10  Date: January 29, 2010              /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12                                      MATIAS BRAVO-NARES

13

                        **O R D E R**
14

15         Based on the above stipulation of the parties, this

16  matter is ordered to be dropped from the calendar for February 2,

    2010, and is ordered to be re-calendared for February 17, 2010,
17
    at 9:15 a.m.
18

19         Time is excluded from computation of time within which

    the trial of this matter must be commenced from February 2, 2010,
20
    through February 17, 2010, pursuant to 18 U.S.C. § 3161(h)(8)(A)
21
    & (B)(iv) and Local Code T4.
22
           **IT IS SO ORDERED.**
23
                                        By the Court,
24

25

    Date: January 29, 2010
26

27                                      _____
                                        LAWRENCE K. KARLTON
28                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

    Stip & Order Continuing Case
    and Excluding Time                  2